### DUNN v. STATE.
### No. 23120.

Court of Criminal Appeals of Texas.

May 9, 1945.

Nat Gentry and Alex P. Pope, both of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

On a plea of guilty before the court appellant was convicted for the violation of the liquor law and his punishment was assessed at a fine of $200.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exception.

No error appearing in the record before us, the judgment is affirmed.

### DUNN v. STATE.
### No. 23121.

Court of Criminal Appeals of Texas.

May 9, 1945.

Nat Gentry and Alex P. Pope, both of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Under his plea of guilty before the court for the unlawful sale of whisky in a dry area, appellant was assessed a fine of $100.

The record before us is without statement of facts or bills of exceptions. Nothing is presented for review.

The judgment is affirmed.